WA/WD PTS-NoAction
(01/19)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington

Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 01/15/2026

**Name of Defendant:** Wenbin Lin                    **Case Number:** 2:25CR00197-JHC-1

**Name of Judicial Officer:**   The Honorable Brian A. Tsuchida, United States Magistrate Judge

**Original Offense:**  1) Conspiracy to Transport Certain Aliens for Private Financial Gain
2) Attempted Illegal Transportation of an Alien for Private Financial Gain

**Date Supervision Commenced:** 11/21/2025

Bond Conditions Imposed:

- Travel is restricted to the <u>Western District of Washington for Court purposes and the Central District of California</u>, or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- No direct or indirect contact <u>with any victims</u>.

- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

- You shall not possess any Social Security number, identification, or documents in any name other than your own.

- CACD's unsecured surety is maintained.

---

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following conditions of supervision:

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

### Nature of Noncompliance

1. Failing to comply with a curfew, in violation of the special condition, on or about January 1, 2026.

**Supporting Evidence**: The Central District of California notified me that Mr. Lin was 24 minutes past his curfew on 1/1/26. He was supposed to be home at 9:00PM. When questioned by the probation officer, Mr. Lin told her

that he was at the hospital, and he would be late. Upon further review of his GPS activity, the officer noted Mr. Lin was not at the hospital as reported. When asked about this, Mr. Lin said he needed to pick up medicine. After pressing the matter, Mr. Lin then stated he was at his mother's house for dinner. The following day, Mr. Lin reported he was at his friend's house for a celebration of the new year.

Mr. Lin did not have permission to be out past his curfew. The Central District of California Probation Officer reprimanded the defendant for his dishonestly and tardiness.

**United States Probation Officer Action:**
☒       Defense counsel contacted for compliance assistance

I notified Assistant United States Attorney Amanda McDowell, as well as defense counsel, Leo Costales, and neither objected to my recommendation of no further Court action.

I respectfully recommend that the Court endorse the actions taken at this time.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED: Monique D. Neal Chief United States Probation and Pretrial Services Officer |
| Executed on this 15th day of January, 2026. | BY: |
| Mike Munsterman United States Probation Officer | Jaymie Parkhurst Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**
☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Issue a Summons
☐ Issue a Warrant
☐ Other

Brian A. Tsuchida, United States Magistrate Judge

Jan 15, 2026
                Date