THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR25-197-JHC |
| Plaintiff, | ) | |
| | ) | UNOPPOSED MOTION TO |
| v. | ) | CONTINUE TRIAL AND EXTEND |
| | ) | PRETRIAL MOTIONS DEADLINE |
| WENBIN LIN, | ) | |
| | ) | Note on Motion Calendar: |
| Defendant. | ) | April 17, 2026 |
| | ) | |

Wenbin Lin, through counsel, requests a continuance of the trial to September 8, 2026, with a pretrial motions deadline consistent with the new trial date. Assistant United States Attorney Amanda McDowell does not oppose this request, which is necessary for the following reasons.

Mr. Lin is charged by indictment with conspiracy to transport certain "aliens" for private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (V)(I) and 8 U.S.C. § 1324(a)(1)(B)(i); and attempted illegal transportation of an "alien" for private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (V)(II), 8 U.S.C. § 1324(a)(1)(B)(i), and 18 U.S.C. § 2. Dkt. 1. Mr. Lin was arrested in the Central District of California but arraigned in this district, at which time he pled not guilty to the charges and requested discovery. Dkt. 9. He was released on bond, and the Court scheduled trial for January 20, 2026. Dkts. 9, 11. The Court later continued the trial to July 6, 2026. Dkt. 14.

UNOPPOSED MOTION TO CONTINUE TRIAL
AND EXTEND PRETRIAL MOTIONS DEADLINE
(*United States v. Lin*, CR25-197-JHC) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**

The government provided discovery, some of which is protected, on December 4, 2025, January 20, 2026, and January 23, 2026. Counsel requests additional time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Lin, and prepare for trial. This process will be unusually time-consuming because Mr. Lin does not speak English and does not live within driving distance of the Western District of Washington. In addition, counsel will need to understand the collateral consequences of any conviction for Mr. Lin in order to provide him with effective assistance of counsel. For these reasons, counsel requests the Court find:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the time between the current and requested trial dates is necessary to provide counsel reasonable time to prepare for trial considering counsel's schedule and all the facts set forth above.

UNOPPOSED MOTION TO CONTINUE TRIAL
AND EXTEND PRETRIAL MOTIONS DEADLINE
(*United States v. Lin*, CR25-197-JHC) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**

Mr. Lin has executed a speedy trial waiver acknowledging that he is giving up his speedy trial right under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161–3174, and agreeing that the period from the date of the Court's order to the new trial date shall be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). The waiver will be filed with this motion.

Therefore, counsel respectfully requests a continuance of the trial date to September 8, 2026, and an extension of the pretrial motions deadline to a date consistent with the new trial date. Counsel further asks the Court to exclude the period from the date of the Court's order to the new trial date for purposes of computing the time limitations imposed by the Speedy Trial Act.

DATED this 17th day of April 2026.

Respectfully submitted,

s/ *J. Leonardo Costales*
s/ *Mukund Rathi*
Assistant Federal Public Defenders
Attorneys for Wenbin Lin

I certify this motion contains 596 words in compliance with the Local Criminal Rules.

UNOPPOSED MOTION TO CONTINUE TRIAL
AND EXTEND PRETRIAL MOTIONS DEADLINE
(*United States v. Lin*, CR25-197-JHC) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**