UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WENBIN LIN,<br>Defendant. | No. CR25-197-JHC<br><br>ORDER EXTENDING TIME TO FILE REPLY |

THE COURT has considered Wenbin Lin's unopposed motion to extend the deadline to file a reply to the government's response to his motion to suppress. Dkt. # 31.

IT IS ORDERED that the motion is granted and the reply is due August 11, 2026.

DONE this 10th day of August 2026.

John H. Chun
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE