UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>WENBIN LIN,<br>Defendant. | NO. CR25-197 JHC<br><br>ORDER PERMITTING REMOTE TESTIMONY |

THIS MATTER comes before the Court on the United States' Unopposed Motion to Permit Remote Testimony of Eva Johnson. Dkt. # 38. The Court, having reviewed the motion, the record in this matter, and any response thereto, and being fully advised, hereby finds and orders as follows:

1. The Court finds that compelling circumstances exist warranting contemporaneous video testimony by government witness Eva Johnson.
2. The Court further finds that permitting Eva Johnson to testify by contemporaneous video transmission is necessary due to the substantial hardship that would be imposed by requiring her in-person appearance.
3. The Court finds that appropriate safeguards can be implemented to preserve the integrity of the proceedings and allow for full cross-examination and observation of the witness's demeanor.

IT IS ORDERED that Eva Johnson shall be permitted by testify at trial by contemporaneous video transmission (Zoom), subject to the following conditions:

a. The testimony shall occur live, under oath, and in real time.
b. The video platform shall provide clear audio and visual transmission sufficient for the Court, counsel, and jury to observe the witness's demeanor.
c. The witness shall testify from a private location and shall not have access to documents or communications unless authorized by the Court.
d. The defense shall retain full opportunity for cross-examination.

DATED this 17th day of August, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE