UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WENBIN LIN,<br>Defendant. | NO. CR25-197 JHC<br><br>ORDER RE: GOVERNMENT'S CONSOLIDATED MOTIONS IN LIMINE |

THIS MATTER comes before the Court on the United States' Consolidated Motions *in Limine*. Dkt. # 52. The Court, having reviewed the Consolidated Motions, the record in the matter, and the responses, and being fully advised, hereby orders as follows:

1. The Government's Motion *in Limine* 1 is DENIED in part. The Government's request to exclude questioning or reference to Xia's asylum claim is too broad. But the Court RESERVES ruling as to the sensitive and personal materials contained within the asylum claim.
2. The Government's Motion *In Limine* 2 is DENIED.
3. The Government's Motion *In Limine* 3 is DENIED.

4. The Government's Agreed Motion *In Limine* 4 is GRANTED.

5. The Government's Agreed Motion *In Limine* 5 is GRANTED.

Dated this 2nd day of September, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge