UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WENBIN LIN,<br>Defendant. | NO. CR25-197 JHC<br><br>COURT'S PROPOSED COURSE-OF-TRIAL INSTRUCTIONS |

**COURT'S PROPOSED COURSE-OF-TRIAL INSTRUCTIONS**

The parties will be permitted to take exception to these instructions on the first day of trial.

DATED this 2nd day of September, 2026.

John H. Chun
United States District Judge

## COURSE-OF-TRIAL INSTRUCTION NO. 1

We are about to take our first break. Remember, until the trial is over, do not discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else, and do not allow others to discuss the case with you. This includes discussing the case in person, in writing, by phone or electronic means, via email, via text messaging, or any Internet chat room, blog, website, or application, including, but not limited to, Facebook, YouTube, Twitter (or X), Instagram, LinkedIn, Snapchat, or any other forms of social media. If anyone tries to communicate with you about the case, please let me know about it immediately. Do not read, watch, or listen to any news reports or other accounts about the trial or anyone associated with it, including any online information. Do not do any research, such as consulting dictionaries, searching the internet or using other reference materials, and do not make any investigation about the case on your own. Finally, keep an open mind until all the evidence has been presented and you have heard the arguments of counsel, my instructions on the law, and the views of your fellow jurors.

If you need to speak with me about anything, simply give a signed note to the clerk to give to me.

## COURSE-OF-TRIAL INSTRUCTION NO. 2

**At the End of Each Day of the Case:**

As I indicated before this trial started, you as jurors will decide this case based solely on the evidence presented in this courtroom. This means that after you leave here for the night, you must not conduct any independent research about this case, the matters in the case, the legal issues in the case, or the individuals or other entities involved in the case. This is important for the same reasons that jurors have long been instructed to limit their exposure to traditional forms of media information such as television and newspapers. You also must not communicate with anyone, in any way, about this case. And you must ignore any information about the case that you might see while browsing the Internet or your social media feeds.

**At the Beginning of Each Day of the Case:**

As I reminded you yesterday and continue to emphasize to you today, it is important that you decide this case based solely on the evidence and the law presented here. So you must not learn any additional information about the case from sources outside the courtroom. To ensure fairness to all parties in this trial, I will now ask each of you whether you have learned about or shared any information about this case outside of this courtroom, even if it was accidental. If you think that you might have done so, please let me know now by raising your hand. [Wait for a show of hands]. I see no raised hands; however, if you would prefer to talk to the court privately in response to this question, please notify a member of the court's staff at the next break. Thank you for your careful adherence to my instructions.

Ninth Circuit Model Jury Instruction – 2.1

**COURSE-OF-TRIAL INSTRUCTION NO. 3**

You are about to hear testimony of a witness who will be testifying in the Mandarin Chinese language. Witnesses who do not speak English or are more proficient in another language testify through an official court interpreter. Although some of you may know the Mandarin Chinese language, it is important that all jurors consider the same evidence. Therefore, you must accept the interpreter's translation of the witness's testimony. You must disregard any different meaning.

You must not make any assumptions about a witness or party based solely on the fact that an interpreter was used.

Ninth Circuit Model Jury Instruction – 2.9

**COURSE-OF-TRIAL INSTRUCTION NO. 4**

In advance of trial, the United States engaged Eva Johnson, a certified Mandarin Chinese linguist, to prepare translations of certain writings that the government will seek to introduce in this case. Ms. Johnson is a fluent speaker in both the Mandarin Chinese and English languages and is a qualified independent translator. The parties agree that the Mandarin Chinese to English translations that Ms. Johnson prepared in this case are authentic, accurate, and reliable.

Agreed trial stipulation. Dkt. # 61.