UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WENBIN LIN,<br>Defendant. | No. CR25-197-JHC<br><br>ORDER RE: DEFENDANT'S MOTIONS IN LIMINE |

THE COURT has considered Wenbin Lin's motions in limine (Dkt. # 53) and the records in this case. The Court GRANTS in part and DENIES in part the motions.

IT IS ORDERED that FPD investigator Apolinar "Chevy" Echeverria shall be allowed to remain in the courtroom during the trial.

IT IS ORDERED that the Government is not precluded from introducing messages from a group chat participated in by Mr. Jiang subject to the Government laying proper foundation.

IT IS ORDERED that the Government is not precluded from introducing Mr. Jiang's phone labeling of Defendant as "Guaranteed US Pass Lin" as a statement in furtherance of the alleged conspiracy.

The Court RESERVES ruling on hearsay and relevance objections to the course of investigation evidence.

//

//

DONE this 2nd day of September, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE