UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>WENBIN LIN,<br>Defendant. | NO. CR25-197 JHC<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT |

THIS MATTER comes before the Court on the United States' Motion to Dismiss the Indictment. Dkt. # 68. The Court, having reviewed the Motion, hereby orders as follows:

The Government's Motion to Dismiss the Indictment without Prejudice is GRANTED.

DATED this 4th day of September, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge